United States District Court
Southern District of Texas
**ENTERED**
November 26, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| FIDELIS J BADAIKI, | § | CIVIL ACTION NO. |
| Plaintiff, | § | 4:20-cv-02216 |
| | § | |
| | § | |
| vs. | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| | § | |
| SCHLUMBERGER | § | |
| HOLDINGS | § | |
| CORPORATION *et al*, | § | |
| Defendants. | § | |

### FINAL JUDGMENT

This case is DISMISSED WITH PREJUDICE for the reasons stated in the Order Adopting Memorandum and Recommendation entered this same day.

This is a FINAL JUDGMENT.

SO ORDERED.

Signed on November 26, 2021, at Houston, Texas.

Hon. Charles Eskridge
United States District Judge