Case 4:20-cv-02216   Document 153   Filed on 05/12/22 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
May 17, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| FIDELIS J. BADAIKI, | § | CIVIL ACTION NO. |
| Plaintiff, | § | 4:19-cv-00371 |
| | § | 4:20-cv-02216 |
| vs. | § | JUDGE CHARLES ESKRIDGE |
| CAMERON INTERNATIONAL CORPORATION, *et al*, | § | |
| Defendants. | § | |

## FINAL JUDGMENT

These cases are DISMISSED WITH PREJUDICE for the reasons stated in the order of dismissal entered this same day.

This is a FINAL JUDGMENT.

Any pending motion is DENIED AS MOOT.

SO ORDERED.

Signed on May 12, 2022, at Houston, Texas.

Hon. Charles Eskridge
United States District Judge